# Third District Court of Appeal

## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

Nos. 3D22-659 & 3D22-660
Lower Tribunal No. 20-25304

————————————

**God's Blessing Ltd., et al.,**
Appellants,

vs.

**Kathy Salas,**
Appellee.

Appeals from non-final orders from the Circuit Court for Miami-Dade County, Charles Johnson, Judge.

Stroup & Martin, P.A., and James W. Stroup (Fort Lauderdale), for appellants.

Kathy Salas, in proper person.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

In these consolidated appeals, appellants, God's Blessing Ltd., Roger West, and James Larman, challenge a series of non-final orders reinstating interim maintenance and cure payments on an emergency basis to appellee, Kathy Salas, prior to an adjudication on the merits. We have jurisdiction. See Fla. R. App. P. 9.130(a)(3)(B). Consistent with our reasoning in God's Blessing Ltd v. Salas, 339 So. 3d 1086 (Fla. 3d DCA 2022), we treat the orders as preliminary injunctions and reverse without prejudice to the filing of "a renewed motion in a form compliant with the [Florida Rules of Civil Procedure]." Id. at 1089.

Reversed and remanded.